THE PLATTE VALLEY BANK *v.* HARDING.

The Platte Valley Bank v. Harding.

1. NIEL TIEL CORPORATION. The maker of a note which is in terms payable to a bank, cannot, in an action brought by it thereon, raise the question of its incorporation. He is estopped to deny it.

The Platte Valley Bank sued Harding in the District Court for Otoe county, upon a promissory note made by him, whereby he promised to pay to "The Platte Valley Bank or order, $400, etc." The plaintiff claimed to be incorporated by an act of the legislature of the Territory of Nebraska. The defendant denied that it was incorporated, because, he insisted, that the alleged act of incorporation conflicted with an act of Congress entitled "An act to disapprove and annul certain acts of the Territorial Legislature of Florida, and for other purposes."

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled :*

That no act of the Territorial Legislature of any of the Territories of the United States incorporating any bank or any institution with banking powers or privileges, hereafter to be passed, shall have any force or effect whatever until approved and confirmed by Congress.

Judgment was given for the plaintiff, and the defendants brought the case here by petition in error.

*J. M. Woolworth,* for plaintiff in error.

*J. F. Kinney,* contra.

The Court, by HALL Ch. J., held that the question of the incorporation of the bank could not be raised in this cause, because the defendants were estopped to deny the same.

Judgment affirmed.